ROBERT L. DEMAREST et al., Appellants, *v.* WESTCHESTER FIRE INSURANCE COMPANY et al., Respondents.

(Argued May 31, 1932; decided June 7, 1932.)

*Frederick T. Case* for motion.

*William Otis Badger, Jr.,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.